B 10 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN

In re ERIC ALLEN RASBERRY ERIC A RASBERRY , TORI LEIGH RASBERRY TORI L RASBERRY  
Debtor

Case No. 18-36902

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplemental to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., QUEST TRUST 2005-X2, ASSET BACKED CERTIFICATES, SERIES 2005-X2

**Court claim no.** (if known): 6-1

**Last four digits** of any number you use to identify the debtor's account: xxxxxx4681

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No  
☐ Yes. Date of the last notice: ____/____/____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney Fees | 12/18/18 @ $150.00 | (3) | $150.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | 01/14/19 @ $500.00<br>01/14/19 @ $250.00 | (5) | $750.00 |
| 6. | Appraisal/Broker's price opinion fess | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax Advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation expenses. Specify: _____ | | (10) | |
| 11. | Other. Specify: _____ | | (11) | |
| 12. | Other. Specify: _____ | | (12) | |
| 13. | Other. Specify: _____ | | (13) | |
| 14. | Other. Specify: _____ | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3001.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**


**X** /s/ Cristina Platon Camarata                                     Date            4/30/19
　　　Signature

Print:    Cristina   Platon   Camarata                    Title    Attorney for Ocwen
          First Name  Middle Name  Last Name

Company   Codilis & Moody, P.C.

Address   400 N. Sam Houston Pkwy E, Suite 900A
          Number       Street
          Houston              TX      77060
          City                 State   ZIP Code

Telephone number: (281) 925-5200              email:   Cristina.Camarata@tx.cslegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2019 a true and correct copy of the above and foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges shall be served via electronic means, if available, otherwise by regular, first class mail on May 1, 2019 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

ERIC ALLEN RASBERRY Eric A Rasberry
TORI LEIGH RASBERRY Tori L Rasberry
10402 CANTERRA CT.
HOUSTON, TX 77095
**DEBTOR**

ELOISE A GUZMAN
8225 GULF FREEWAY
HOUSTON, TX 77017
**ATTORNEY FOR DEBTOR**

DAVID G. PEAKE
9660 HILLCROFT, SUITE 430
HOUSTON, TX 77096-3856
**CHAPTER 13 TRUSTEE**

*Codilis & Moody, P.C.*

By: /s/ Cristina Platon Camarata
400 N. Sam Houston Pkwy E, Suite 900A
Houston, TX 77060
**ATTORNEYS FOR SECURED CREDITOR**

Invoice #                                     INVOICE DATE: 12/21/2018

**Invoice Submitted By:**
CODILIS AND STAWIARSKI HOUSTON TX OFFICE -
CODILIS AND STAWIARSKI HOUSTON TX OFFICE
650
N. Sam Houston Pkwy. E. SUITE 450
HOUSTON TX 77060
281-925-5243
Vendor ID #

**Order Information:**
Order #:
Order Date: 12/10/2018
Order Type: Reorganization Plan
Loan #:
Property Address: 10402 Canterra Ct, Houston, TX 77095

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #:
Method: ACH
Payment Date: 01/08/2019

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4212 | Review of Plan and Notice of Appearance-(Rec from Brwr) | 12/18/2018 | $150.00 |
| | | | | **Total:** | $150.00 |

Invoice management powered by:                      04/29/2019 09:28:34 UTC Status: Approved

Invoice #                                     INVOICE DATE: 01/16/2019

**Invoice Submitted By:**
CODILIS AND STAWIARSKI HOUSTON TX OFFICE -
CODILIS AND STAWIARSKI HOUSTON TX OFFICE
650
N. Sam Houston Pkwy. E. SUITE 450
HOUSTON TX 77060
281-925-5243
Vendor ID #

**Order Information:**
Order #:
Order Date: 01/09/2019
Order Type: Proof of Claim
Loan #:
Property Address: 10402 Canterra Ct, Houston, TX 77095

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #:
Method: ACH
Payment Date: 02/13/2019

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4201 | Proof of Claim-(Recoverable from Borrower) | 01/14/2019 | $500.00 |
| 2 | FB42 | FB4226 | Payment History Review Fee (Recoverable from Borrower) | 01/14/2019 | $250.00 |
| | | | | **Total:** | $750.00 |

Atty Fee - Proof of Claim Fee for preparing and filing a Proof of Claim - Recoverable Attorney Fee for Bankruptcy Fee for completing the Courts required POC 410 from (transaction history) - Recoverable As per POCF 01-14-2019 As per BKFBHA 01-15-2019

Invoice management powered by:         04/29/2019 09:28:24 UTC Status: Approved

Case Number: 18-36902

AITNO: Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2